# TIFFANY & BOSCO
### P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-19417

**IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.**

The party obtaining this order is responsible for noticing it pursuant to Local Rule 9022-1.

**Dated: August 20, 2010**



_____
**RANDOLPH J. HAINES**
**U.S. Bankruptcy Judge**
_____

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Murray Speidel Schooley and Shawn Sherrie Schooley<br>    Debtors.<br>―――――――――――――――――――<br>Chase Home Finance LLC<br>    Movant,<br>  vs.<br><br>Murray Speidel Schooley and Shawn Sherrie Schooley, Debtors, William E. Pierce, Trustee.<br>    Respondents. | No. 0:10-BK-22001-RJH<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #8) |

    Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

    IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated October 13, 2006 and recorded in the office of the Mohave County Recorder wherein Chase Home Finance LLC is the current beneficiary and Murray Speidel Schooley and Shawn Sherrie Schooley have an interest in, further described as:

> LOT 1, BLOCK 16, TRACT 2165, LAKE HAVASU CITY ARIZONA, ACCORDING TO THE PLAT THEREOF RECORDED FEBRUARY 22, 1972, AS FEE NUMBER 72-2911 IN THE OFFICE OF THE RECORDER OF MOHAVE COUNTY, ARIZONA.

IT IS FURTHER ORDERED that Movant may contact the Debtors by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.